## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| FRED JEFFERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:16-CV-01931-DCN |
| ) | |
| DYNAMIC RECOVERY SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

Plaintiff, FRED JEFFERS, and Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: August 15, 2016

RESPECTFULLY SUBMITTED,

By: /s/Chauntel D. Bland, _____
Chauntel D. Bland, Esquire
463 Regency Park Drive
Columbia, SC 29210
Tel: (803) 319-6262
Fax: (866) 322-6815
chauntel.bland@yahoo.com

RESPECTFULLY SUBMITTED,

By: /s/Chad V. Echols _____
Chad V. Echols (Fed I.D. 9810)
The Echols Firm, LLC
P.O. Box 12645
Rock Hill, SC 29731
(803) 329-8970
chad.echols@theecholsfirm.com

## **CERTIFICATE OF SERVICE**

On August 15, 2016, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By: /s/Chauntel D. Bland, _____
Chauntel D. Bland, Esquire